# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kyle Bowman Marsaw**<br>DOB: 1997; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-00426MJ** |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(i) and 1324(a)(1)(B)(ii) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 9, 2026, in the District of Arizona, **Kyle Bowman Marsaw**, knowing or in reckless disregard that certain illegal aliens, including Emmanuel Isael Bonilla-Sanchez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 9, 2026, in the District of Arizona (Sells), Border Patrol Agents (BPAs) were assigned to line duties on the Tohono O'odham Nation (TON) which is a sovereign Native American Reservation closed to non-tribal members. Smuggling organizations often exploit the TON due to its vast open desert and rugged mountain ranges, which make it difficult for law enforcement to conduct operations. At approximately 4:36 p.m., BPAs observed a maroon 2005 Dodge Ram pickup truck driving south on Federal Route (FR) 19 near mile marker 17. FR 19 is two-lane paved road that travels from Sells, Arizona to the border and is often utilized to transport illegal aliens. At approximately 4:49 p.m., BPAs observed the same Dodge Ram travelling back north. Short turnaround times are a common tactic used during smuggling events to avoid law enforcement detection. BPAs began following the Ram near mile marker 18 on FR 19. Record checks on the Ram returned out of Tucson, Arizona. As BPAs followed the Ram, it began to speed away from them while passing a vehicle in a no-pass zone. As the Ram approached mile marker 23 near Sells, it turned east onto Main Street and north on Spencer Road before turning east on State Route (SR) 86. BPAs initiated a vehicle stop on the Ram near mile marker 117 on SR 86, but the vehicle failed to yield. BPAs pursued the Ram as its speed increased to approximately 98 miles per hour. At approximately 5:07 p.m., the pursuit was terminated, and BPAs relayed the direction of travel and last known location of the Ram. BPAs positioned themselves in an area where they suspected the vehicle might be travelling and observed the Ram on FR 35. At 5:36 p.m., the Ram activated a camera north of Queens Well and BPAs responded to the location. Tire tracks were observed in the area and BPAs followed them until they located the Ram near Queens Well Cemetery. The Ram was unoccupied and locked. BPAs discovered footprints leading away from the vehicle and began to follow them northwest with the assistance of a BPA K9 unit and an air asset. BPAs located one individual, identified as **Kyle Bowman Marsaw**, with a backpack next to him hiding in a thick brush approximately one mile north of the Ram. BPAs searched the backpack and discovered a firearm and a small container with pills. **Marsaw** stated that the pills were fentanyl and that he had just smoked some.

**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Emmanuel Isael Bonilla-Sanchez | |
|---|---|
| Detention Requested | SIGNATURE OF COMPLAINANT |
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE:<br>Border Patrol Agent<br>Jeremy Sykes |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 11, 2026 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

As BPAs were walking back towards the Ram, the air asset was able to locate two more individuals hiding in the brush. BPAs responded to the area and discovered two individuals dressed in camouflage with carpet on their feet. Both individuals admitted to being in the vehicle before fleeing on foot. An immigration inspection was performed on the individuals, including Emmanuel Isael Bonilla-Sanchez, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Emmanuel Isael Bonilla-Sanchez does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Marsaw** was determined to be a United States citizen.

Material witness Emmanuel Isael Bonilla-Sanchez stated that he is a citizen of Mexico and that he crossed the border with two other individuals including a guide. He and the other individuals hid in some bushes and waited for approximately one hour before being picked up. The guide was communicating with a coordinator on the phone and told Bonilla-Sanchez and the other individual to get into a red truck and lay down on the rear seats. The guide left the scene after Bonilla-Sanchez entered the truck. Bonilla-Sanchez described the vehicle as a red Ram truck. They were in the vehicle for approximately 20 minutes before law enforcement pulled behind them. The driver was on the phone speaking English. The driver stopped at a cemetery and instructed them to exit the vehicle. Bonilla-Sanchez and the other individual found a place to hide from Border Patrol, but after a while, they were located and apprehended. Bonilla-Sanchez described the driver as a tall white male who was wearing shorts.